BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-CR-339 OWW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION RE: |
| ) | STAY AND ORDER |
| ) | |
| JESUS GOMEZ-GONZALEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Defendant JESUS GOMEZ-GONZALEZ, by and through his attorney, MICHAEL BERDINELLA, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to stay the current filing date for the government's response to the defendant's pending motions to further plea negotiations in this matter. To that end, the parties agree to stay the government's response until August 23, 2010, the next court date, for

1

1  resolution or re-setting the filing date.

2  DATED: August 10, 2010                    Respectfully submitted,

3                                            BENJAMIN B. WAGNER
                                             United States Attorney

4                                            By: /s/ Karen A. Escobar
5                                               KAREN A. ESCOBAR
                                             Assistant U.S. Attorney

7                                            /s/ Michael Berdinella
                                             MICHAEL BERDINELLA
8                                            Attorney for Defendant
                                             Jesus Gomez-Gonzalez

                             O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current August 10 filing date for the government's response to the defendant's pending motions is hereby stayed pending resolution or resetting at the status conference on August 23, 2010, at 1:30 p.m.

                             IT IS SO ORDERED.

Dated:   August 12, 2010              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

2